PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

NOV 28 2005

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Dona Reyes Heit** | ) | Case No.    2:05-CR6028-EFS-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Dona Reyes Heit, have discussed with Gayla S. Hunt, Pretrial Services/Probation Officer, modification of my release as follows:

Remove the following condition:

1. Defendant shall reside at Turner House. If Defendant fails in any way to comply or cooperate with the requirements of Turner House, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant.

I consent to this modification of my release conditions and agree to abide by this modification.

_Dona Reyes Heit_    11·18·05        _Gayla S. Hunt_    11/18/05
Signature of Defendant        Date        Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                       11/18/05
Signature of Defense Counsel                        Date

[X]    The above modification of conditions of release is ordered, to be effective on  11-28-05.

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_[signature]_                                       11-28-05
Signature of Judicial Officer                        Date